IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00268-PAB-MJW

PHEBE LASSITER,

Plaintiff(s),

v.

PINNACLE FINANCIAL GROUP INCORPORATED,
a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 12-1) is GRANTED finding good cause shown. The written Protective Order (docket no. 12-1) is APPROVED and made an Order of Court.

Date: April 1, 2013