**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.: 13-CV-00268-PAB-MJW

PHEBE LASSITER,

Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INC.,

Defendant.

---

**DEFENDANT PINNACLE FINANCIAL GROUP, INC.'S**
**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION AS TO AFFILIATES**

---

COMES NOW the Defendant, PINNACLE FINANCIAL GROUP, INC., through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed.R.Civ.P. 7.1(a) provides: "A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Pinnacle Financial Group, Inc. is now known as Integrity Solutions Services, Inc. by virtue of merger with Integrity Financial Partners, Inc., and National Asset Recovery Services, Inc. Integrity Solutions Services, Inc. f/k/a Pinnacle Financial Group, Inc. is a Missouri corporation, and is wholly owned by NARS Secondary Holding Company, a wholly privately owned Delaware corporation.

Respectfully Submitted,

Adam L. Plotkin, P.C.

s/ Joseph J. Lico
Joseph J. Lico, Esq.
621 Seventeenth Avenue, Suite 1800
Denver, Colorado 802933
Telephone: (303) 302-6864
FAX: (303) 302-6864
jlico@alp-pc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to David Larson at larsonlawoffice@gmail.com, counsel for Plaintiff.

David M. Larson, Esq.
lawrsonlawoffice@gmail.com
ATTORNEY FOR PLAINTIFF

s/ Joseph J. Lico
Attorney for Defendant