IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-00268-PAB-MJW

PHEBE LASSITER,

Plaintiff,

v.

PINNACLE FINANCIAL GROUP, INC.,

Defendant.

## AFFIDAVIT OF SUE ARIGI

I, Sue Arigi, being first duly sworn, depose and state that:

1. I have personal and first-hand knowledge of the matters set forth herein.

2. I am Compliance Manager for Integrity Solution Services, Inc. f/k/a Pinnacle Financial Group, Inc. ("Pinnacle").

3. As part of my duties at Pinnacle, I am familiar with Pinnacle's policies and procedures, compliance and training, overall business operations and practices.

4. I have reviewed the documents relevant to the Motion for Protective Order that was filed by my attorneys, which are designated as: Lassiter_PFG(2)00001-00010; Lassiter_PFG(2)00011; Lassiter_PFG(2)00012; Lassiter_PFG(2)00013-00085; Lassiter_PFG(2)00086-00128; Lassiter_PFG(2)00129-00139; Lassiter_PFG(2)00140-00217; Lassiter_PFG(2)00218-00292; Lassiter_PFG(2)00293-00488; Lassiter_PFG(2)00489-00496; Lassiter_PFG(2)00497-00568; Lassiter_PFG(2)00569-00588; Lassiter_PFG(2)00589-00644; Lassiter_PFG(2)00645-00690;

1

**EXHIBIT A**

Lassiter_PFG(2)00691-00692; Lassiter_PFG(2)00693-00696; Lassiter_PFG(2)00697-00711; and Lassiter_PFG(2)00712-00739.

5. It is my understanding that it is Plaintiff's position that the documents listed above are not "confidential."

6. All of the documents listed above were either created by Pinnacle, compiled by Pinnacle as part of its training, or, in the case of Lassiter_PFG(2)00013-00085, memorialize a contractual relationship with a third party who has a corresponding interest in confidentiality of the information contained therein.

7. These materials are produced by Pinnacle in the course of its business with the express desire to restrict their disclosure to Pinnacle employees. The Account materials, Lassiter_PFG(2)00001-00012, reveal proprietary account tracking methods and correspondence, and contain confidential third party information not generally made available to the public, creating a mutual interest in protecting the confidentiality of Plaintiff, Defendant, and creditor/third party information.

8. The Account and Training Materials, Lassiter_PFG(2)00001-00012 and Lassiter_PFG(2)00086-00739, are created in a confidential business setting with the understanding that they will not be available for public consumption. The Pinnacle employees, in turn, are instructed that these materials are proprietary and confidential, and are not to be shared with or discussed with anyone except other Pinnacle employees. The materials are not freely disseminated, and are closely guarded as the product of Pinnacle and part of its competitive business practices. Employees are not permitted to take these documents with them from Pinnacle, and must turn them back in at the conclusion of their employment. Under no circumstances are employees allowed to

**EXHIBIT A**

make copies of these materials for dissemination to others who are not Pinnacle employees. These documents are substantially valuable to Pinnacle in that they represent Pinnacle's business strategies relating to the collection of accounts, and establish a proprietary framework for Pinnacle's interpretation of and compliance with applicable collection laws. Dissemination of these materials outside of Pinnacle's normal business operations or the present proceeding would jeopardize the competitive advantages realized by Pinnacle while undercutting the time and expense required to formulate and compile the same. The estimated cost for creation & dissemination of these training materials is at least $80,000.00.

9. Pinnacle believes that the free dissemination of the documents could be financially detrimental to Pinnacle's business because: 1) they reveal Pinnacle's specific business strategies, 2) they disclose employee bonus and compensation, and 3) dissemination would allow for competitors to simply copy the compilation of materials that Pinnacle has implemented as part of its business practices.

10. The debt collection industry is a highly competitive, and constantly evolving, industry. Pinnacle believes it has remained competitive in this industry in large part due to the training and management of its employees regarding the methods developed by Pinnacle to effectively, and legally, collect debt, and the corresponding confidentiality it has maintained with respect to the aforesaid documents.

11. Further Affiant says not.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**EXHIBIT A**

I understand that I am affirming the truth of the factual claims made in this affidavit.

Dated this _11_ day of April, 2013.

4

**EXHIBIT A**

_____
Sue Arigi
Compliance Manager

Subscribed and sworn to before me this ___11___ day of April, 2013, by Sue Arigi.

[Seal]

**COLLEEN LARA**
Notary Public, State of Ohio
My Commission Expires
December 28, 2016

My Commission Expires: __12/28/16__.

_____
Notary Public

4

**EXHIBIT A**