**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  13-cv-00268-PAB-MJW           FTR - Courtroom A-502

**Date:**   May 15, 2013                            Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                    <u>*Counsel*</u>

PHEBE LASSITER,                                    David M. Larson

    Plaintiff(s),

v.

INTEGRITY SOLUTION SERVICES, INC.,                 Joseph J. Lico
a Missouri corporation,
f/k/a Pinnacle Financial Group Incorporated,
a Minnesota corporation,

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING:   TELEPHONIC   MOTION   HEARING**
**Court in session:**   10:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's unopposed motion to correct the name of the defendant and the case caption for argument.  Defendant confirms it is an unopposed motion.

**It is ORDERED:**   Plaintiff's UNOPPOSED MOTION TO CORRECT THE NAME OF THE DEFENDANT AND THE CASE CAPTION [Docket No. **26**, filed May 14, 2013] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   The case caption is corrected to show the correct Defendant as INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation. All future filings shall reflect the correct name of the Defendant.

The Court raises Defendant's motion to maintain confidential designation for argument.
Argument on behalf of Defendant by Mr. Lico.
Argument on behalf of Plaintiff by Mr. Larson.

Findings by the Court.  The Court incorporates by reference findings and rulings as to similar motions in 12-cv-01207-RPM-BNB *Gordon Howard v. Stellar Recovery, Inc.*  and 12-cv-00804-RPM-MJW *Michael Green v. Stellar Recovery, Inc.*

**It is ORDERED:**   Defendant's MOTION TO MAINTAIN CONFIDENTIAL DESIGNATION OF INFORMATION AND DOCUMENTS PURSUANT TO THE PROTECTIVE ORDER (Doc. No. 16) [Docket No. **20**, filed April 15, 2013]  is **DENIED** for reasons as set forth on the record.

HEARING CONCLUDES.

**Court in recess:**   10:51 a.m.
Total In-Court Time:   00:21