IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00268-PAB-MJW

PHEBE LASSITER,

      Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,
f/k/a PINNACLE FINANCIAL GROUP, INCORPORATED, a Minnesota corporation,

      Defendant.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CORRECT THE NAME OF THE DEFENDANT AND THE CASE CAPTION** ( Docket no. 26 )

---

THE COURT having reviewed the Plaintiff's Unopposed Motion to Correct the Name of the Defendant and the Case Caption and being fully advised in the premises, DOES HEREBY ORDER that the name of the Defendant in this case is changed to Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation and the case caption is changed to reflect the correct name of the Defendant in this case - Integrity Solution Services, Inc., a Missouri corporation, f/k/a Pinnacle Financial Group, Incorporated, a Minnesota corporation.

BY THE COURT:

May 15, 2013
DATE

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO