IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00268-PAB-MJW

PHEBE LASSITER,

Plaintiff(s),

v.

INTEGRITY SOLUTION SERVICES, INC.,
a Missouri corporation.
f/k/a Pinnacle Financial Group Incorporated,
a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Extend Discovery Cutoff Date to 8/23/13 and Dispositive Motion Deadline to 9/6/2013 (Docket No. 35) is granted. Accordingly, the Scheduling Order (Docket No. 18) is amended to the extent that the discovery deadline is extended up to and including August 23, 2013, for the sole purpose of deposing defendant's 30(b)(6) designee, Renee Bogar, and the dispositive motion deadline is now September 6, 2013.

Date:   July 22, 2013