IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00268-PAB-MJW

PHEBE LASSITER,

     Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,
formerly known as Pinnacle Financial Group Incorporated, a Minnesota corporation,

     Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a three-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **April 8, 2014 at 8:00 a.m.**

A Trial Preparation Conference is set for **March 24, 2014 at 1:30 p.m.**  Counsel

who will try the case shall attend in person.

In the absence of a previously-imposed deadline, all motions to exclude expert

testimony must be filed **sixty days** before the trial preparation conference.

**Fourteen days** before the trial preparation conference, counsel and any pro se

party shall submit proposed jury instructions and verdict forms.  The jury instructions

shall identify the source of the instruction and supporting authority, e.g. § 103, Fed. Jury

Practice, O'Malley, Grenig, and Lee (5th ed.).  The parties shall submit their instructions

and verdict forms both via CM/ECF <u>and</u> by electronic mail to

brimmer_chambers@cod.uscourts.gov in Word Perfect format (Word Perfect 12 or a later version) or Word format. Verdict forms shall be submitted in a separate file from jury instructions. Within the jury instruction file, each jury instruction shall begin on a new page.

 Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes of making a record at the jury instruction conference. The parties shall attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF (1) their proposed *voir dire* questions; (2) their witness lists; and (3) their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)      jury selection;

2)      sequestration of witnesses;

2

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact; and

6)      any other issue affecting the duration or course of the trial.


DATED October 31, 2013.

                              BY THE COURT:


                               s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge