

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169064 | 9/4/2013 | 89565 |
| **Job Date** | **Case No.** ||
| 8/22/2013 | 13-CV-0268-PAB-MJW ||
| **Case Name** |||
| Phebe Lassister vs. Integrity Solution Services, Inc. |||
| **Payment Terms** |||
| Due upon receipt |||

David M. Larson
LARSON LAW FIRM
88 Inverness Circle East, Suite I-101
Englewood, CO 80112

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Renee Bogar | 263.00 Pages | @ | 4.85 | 1,275.55 |
| Exhibit | 92.00 Pages | @ | 0.35 | 32.20 |
| Full Day Per Diem | | | 180.00 | 180.00 |
| Video/Intrprtd Proceed Orig | 263.00 Pages | @ | 0.25 | 65.75 |
| Shipping & Handling | | | 10.00 | 10.00 |
| *Archival Storage & Online Access | | | 25.00 | 25.00 |

**TOTAL DUE >>>** $1,588.50

*For your convenience, we now provide the PDF Bundle, RealLegal® E-Transcript™ and ASCII for all deposition transcripts. These files and any exhibits you ordered will be available on our Online Repository, accessible at any time from your computer or mobile device. Visit www.kccourtreporters.com/attorney to access your files, view invoices, and schedule depositions. As always, please call us if you have any questions.

(-) Payments/Credits: 1,588.50
(+) Finance Charges/Debits: 0.00
(=) New Balance: **$0.00**

**Tax ID:** 43-1686121

*Please detach bottom portion and return with payment.*

David M. Larson
LARSON LAW FIRM
88 Inverness Circle East, Suite I-101
Englewood, CO 80112

| Invoice No. | : | 169064 |
|---|---|---|
| Invoice Date | : | 9/4/2013 |
| **Total Due** | : | **$0.00** |

Remit To: **AAA Court Reporting**
**8001 Conser St, Suite 200**
**Overland Park, KS 66204**

| Job No. | : | 89565 |
|---|---|---|
| BU ID | : | AAA |
| Case No. | : | 13-CV-0268-PAB-MJW |
| Case Name | : | Phebe Lassister vs. Integrity Solution Services, Inc. |

# EXHIBIT A