IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00268-PAB-MJW

PHEBE LASSITER,

    Plaintiff,

v.

INTEGRITY SOLUTION SERVICES, INC., a Missouri corporation,
f/k/a PINNACLE FINANCIAL GROUP, INCORPORATED, a Minnesota corporation,

    Defendant.

---

ORDER ( Docket No 93 )

---

UPON GOOD CAUSE SHOWING, Plaintiff's Unopposed Motion for Judgment Debtor Examination, CM/ECF # 93, is hereby GRANTED. It is further ORDERED that the Judgment Debtor Examination of Defendant, INTEGRITY SOLUTION SERVICES, INC., is set on: September 29, 2014, at 1:30 p.m. in Courtroom A-502 of the United States District Court, District of Colorado, at 901 19th Street, Denver, CO 80294. If Plaintiff wishes to have a record of the Examination, she shall bring her own court reporter.

It is further ORDERED that Defendant shall produce the documents requested in Plaintiff's Motion for Judgment Debtor Examination to this Court and Plaintiff's counsel no later than one week before the date of the Judgment Debtor Examination.

August 29, 2014
Date

_____
United States Magistrate Judge